**Thomas E.R. ATKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43128.**

Missouri Court of Appeals,
Western District.

Jan. 15, 1991.

J. Bryan Allee, Columbia, for appellant.

William L. Webster, Atty. Gen., David J. Hansen, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 (Repealed) motion for post-conviction relief.

Affirmed. Rule 84.16(b).

**William BUTLER, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42340.**

Missouri Court of Appeals,
Western District.

Jan. 15, 1991.

Daniel C. Miller, Sp. Public Defender, Jacqueline K. McGreevy, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).